# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ROBERT HALGREN,

Appellant,

v.

CITY OF LARGO and ELIZABETH SPARROW-HALGREN,

Appellees.

No. 2D2023-0426

_____

June 14, 2024

Appeal from the Circuit Court for Pinellas County; Thomas M. Ramsberger, Judge.

Benjamin E. Hillard and Amy Cuykendall Jones of Hillard Cuykendall, P.A., Largo, for Appellant.

Matthew D. Weidner of Weidner Law, P.A., St. Petersburg, for Appellee City of Largo.

No appearance for Appellee Elizabeth Sparrow-Halgren.

PER CURIAM.

    Affirmed.

NORTHCUTT, SILBERMAN, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior publication.